# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIANNE PIVIROTTO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  2:16-cv-01035 |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| UNITED STATES OF AMERICA and, | ) | |
| BARYLNN CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

**IT IS ORDERED** this 20th day of February, 2018, that judgment is entered on behalf of the Defendant, United States of America, and against the Plaintiff, Marianne Pivirotto.  The Clerk of Court is directed to mark this case as **CLOSED**.

        s/Lisa Pupo Lenihan
        Lisa Pupo Lenihan
        United States Magistrate Judge

cc:    Counsel of record.